

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Wee Wisdom Playschool and
Kindergarten, Inc. d/b/a Howell's Wee
Wisdom Preschool, and Gypsie Gessman

No. 06-19-00100-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find that Relators are not entitled to the relief sought. Therefore, we deny the petition.

RENDERED DECEMBER 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk